**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOSE LUIS MURILLO-RODRIGUEZ,

Defendant - Appellant.

No. 09-50087

D.C. No. 3:08-CR-03051-JLS

MEMORANDUM [*]

Appeal from the United States District Court
for the Southern District of California
Janis L. Sammartino, District Judge, Presiding

Submitted November 17, 2009 [**]

Before:    ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Jose Luis Murillo-Rodriguez appeals from the 84-month sentence imposed

following his guilty-plea conviction for being a deported alien found in the United

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

EH/Research

States, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Murillo-Rodriguez contends that the district court procedurally erred during sentencing by giving undue weight to the need for deterrence and by failing to consider the need to avoid unwarranted sentencing disparities. A review of the record demonstrates that the district court did not procedurally err in fashioning the sentence. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc).

**AFFIRMED.**